# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0318

VERSUS

ANDRE DUANE LUCAS                                     **JULY 5, 2022**

---

In Re:    Andre Duane Lucas, applying for supervisory writs,
          22nd Judicial District Court, Parish of Washington,
          No. 18-CR2-139169, 18-CR2-139170, 18-CR2-141967.

---

**BEFORE:  McCLENDON, WELCH, AND HESTER, JJ.**

   **WRIT DENIED.**

                              PMc
                              JEW
                              CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT